# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>    Defendant. | Civil Action No. 2:23-cv-00087<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Before the Court is Plaintiff L2 Mobile Technologies LLC's Motion for leave to file under seal its Complaint against OnePlus Technology (Shenzhen) Co., Ltd. After consideration, the Court is of the opinion that the motion should be GRANTED.

IT IS SO ORDERED.