# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>　　　　Defendant. | Civil Action No. 2:23-cv-00087<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF L2 MOBILE TECHNOLOGIES LLC'S RULE 7.1 CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Plaintiff L2 Mobile Technologies LLC ("L2MT") states that the sole member of L2MT is Longhorn IP LLC. No publicly-held corporation owns 10% or more of L2MT's stock.

Date:  March 1, 2023

Respectfully submitted,

*/s/ Timothy P. Maloney*
Timothy P. Maloney (IL 6216483)
Joseph F. Marinelli (IL 6270210)
Alvaro Cure Dominguez (IL 6343312)
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 2100
Chicago, Illinois 60603
(312) 577-7000
tim@fitcheven.com
jmarinelli@fitcheven.com
acure@fitcheven.com

*Counsel for Plaintiff*