# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>Defendant. | Civil Action No. 2:23-cv-00087<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF JOSEPH F. MARINELLI

Notice is hereby given that the undersigned attorney, Joseph F. Marinelli, of the law firm Fitch, Even, Tabin & Flannery LLP, is appearing as counsel for L2 Mobile Technologies LLC in the above-referenced matter. Joseph F. Marinelli is a member in good standing of the bar of the United States District Court for the Eastern District of Texas and may receive all communications from the Court and from other parties at the address below.

Date:  March 1, 2023

Respectfully submitted,

*/s/ Joseph F. Marinelli*
Timothy P. Maloney (IL 6216483)
Joseph F. Marinelli (IL 6270210)
Alvaro Cure Dominguez (IL 6343312)
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 2100
Chicago, Illinois 60603
(312) 577-7000
tim@fitcheven.com
jmarinelli@fitcheven.com
acure@fitcheven.com

*Counsel for Plaintiff*