IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>*Defendant*. | § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00087-JRG |

# ORDER

Before the Court is the Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff L2 Mobile Technologies LLC ("Plaintiff") and Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("Defendant") (collectively, the "Parties"). (Dkt. No. 46). In the Stipulation, the Parties request "an order dismissing all claims in this action, with each party to bear its own costs, expenses and attorneys fees" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id*. at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**.[1] Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

---

[1] The Parties do not specify whether they intend for the dismissal to be with or without prejudice. As such, it is assumed the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B)("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").

**So ORDERED and SIGNED this 3rd day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE