IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § CIVIL ACTION NO. 2:23-CV-00087-JRG <br> § <br> ONEPLUS TECHNOLOGY (SHENZHEN) § <br> CO., LTD., § <br> § <br> *Defendant*. § | |

## ORDER

Before the Court is the Joint Motion to Amend Order of Dismissal (the "Motion") filed by Plaintiff L2 Mobile Technologies LLC ("Plaintiff") and Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("Defendant") (collectively, the "Parties"). (Dkt. No. 49.) In the Motion, the Parties move to amend the Court's July 3, 2024, Order granting the Parties' Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii). (Dkt. No. 47.) Specifically, the Parties request dismissal of all claims between Plaintiff and Defendant with prejudice. (Dkt. No. 49 at 1.)

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 29th day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE